JACOB HIRSCHFIELD, Respondent, v. SALOMONE, INC., et al., Appellants, and 300 EAST 57TH ST., INC., Respondent.— Plaintiff, an electrician employed by the electrical work subcontractor in the construction of an apartment house, brought this action, to recover damages for personal injuries sustained in the course of his work, against the owner, which was acting as its own general contractor, and a subcontractor for the laying of the concrete floors. Judgment after trial was rendered in favor of plaintiff against both defendants, and in favor of the owner against the concrete work subcontractor on the owner's cross complaint. The owner appeals from so much of the judgment as is directed against it, and the concrete work subcontractor appeals from the entire judgment. Judgment unanimously affirmed, with one bill of costs to respondent against both appellants. No opinion. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 232 App. Div. 697.]

THOMAS W. HUGHES, Respondent, v. LUCILLE E. HUGHES, Appellant.— In an action for separation, judgment insofar as appealed from modified on the law and the facts by striking therefrom the third ordering paragraph and by providing in lieu thereof that the plaintiff's second cause of action is dismissed. As so modified the judgment is unanimously affirmed, without costs. The findings of fact of the trial court are reversed and it is found instead that each of the parties was guilty of improper conduct with respect to each other and that neither is entitled to a judgment of separation. Appeal from order denying defendant's motion for a new trial dismissed, without costs. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of CORONET SUPPLY CORP., Assignor, to EMIL H. LEHMAN, Assignee, Appellant. DON PALLINI DANCE STUDIOS, INC., Respondent.— Respondent, a tenant, applied for an order directing appellant, an assignee for the benefit of creditors, to return forthwith, out of funds held by him as assignee, the sum of $450, heretofore deposited as security with respondent's landlord, the assignor. The Special Term granted respondent's application. Order reversed, with $10 costs and disbursements, and motion denied, without costs, without prejudice to respondent, if it be so advised, to ascertain the facts and to apply for the relief sought herein. There is no showing that the trust property in its original or altered state, or the fruits thereof, was ever turned over to appellant. Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ., concur.